[No. 65358-0-I. Division One. December 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEVEN PAULEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01000-1, Jeffrey M. Ramsdell, J., entered April 12, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 67629-6-I. Division One. December 24, 2012.]

BRIAN A. HEBERLING, *Appellant*, v. JPMORGAN CHASE BANK, NA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-42598-1, Julie A. Spector, J., entered July 27, 2011. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Cox, J.

[No. 67774-8-I. Division One. December 24, 2012.]

EYOB MICHAEL, *Appellant*, v. AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-06595-4, Gregory P. Canova, J., entered September 28, 2011. *Reversed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Cox and Dwyer, JJ.

[No. 67952-0-I. Division One. December 24, 2012.]

WESTERN NATIONAL ASSURANCE COMPANY, *Respondent*, v. MAXCARE OF WASHINGTON, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-31527-6, Mary Yu, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Cox and Dwyer, JJ.